IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RTC INDUSTRIES, INC.,<br>an Illinois corporation, | Civil Action No. 14-cv-6019 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| FLEXTRONICS INTERNATIONAL USA, INC.<br>a California corporation, | JURY DEMAND |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RTC Industries, Inc. ("RTC") hereby provides notice that it has settled this matter with Defendant Flextronics International USA, Inc. and hereby dismisses all claims against Defendant in this action with prejudice. Further, the parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), this Notice is filed before the opposing party has served an answer or motion for summary judgment.

Dated: October 17, 2014         Respectfully submitted,

                                By:  /s/ Victoria R. M. Webb
                                     Joseph J. Berghammer
                                        jberghammer@bannerwitcoff.com
                                     Scott A. Burow

1

2

      *sburow@bannerwitcoff.com*
    Victoria R. M. Webb
      *vwebb@bannerwitcoff.com*
    BANNER & WITCOFF, LTD.
    10 South Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    Tel.:    (312) 463-5000
    Fax:    (312) 463-5001

***Attorneys of Record for Plaintiff RTC Industries, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I have mailed by United States Postal Service and electronic mail a copy of the same to the following counsel for Defendant:

Matthew Satchwell, Esq.
DLA Piper LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
Telephone: 312-368-2111
Email: matthew.satchwell@dlapiper.com

                                      By: /s/ Victoria R. M. Webb
                                      Victoria R. M. Webb
                                      Banner & Witcoff, LTD.
                                      10 South Wacker Drive, Suite 3000
                                      Chicago, Illinois 60606
                                      Tel: 312.463.5000
                                      Fax: 312.463.5001
                                      *vwebb@bannerwitcoff.com*